**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1427**

RODNEY B. JONES,

                 Plaintiff - Appellant,

        v.

ARNE DUNCAN, Secretary, U.S. Department of Education,

                 Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:11-cv-00158-RWT)

Submitted:  June 28, 2012              Decided:  July 11, 2012

Before GREGORY, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodney B. Jones, Appellant Pro Se.  Lauren Marie Castaldi, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney B. Jones appeals the district court's order entering judgment for Defendant in this action raising various challenges in connection with disputed student loans. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Duncan, No. 8:11-cv-00158-RWT (D. Md. Jan. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED